United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATRINA DEARNE HOWARD, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04730 |
| | § | |
| MARTIN O'MALLEY, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 3, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 3). Judge Ho filed a *Memorandum and Recommendations* on February 26, 2026, recommending that Plaintiff's Motion for Summary Judgment (Dkt. 15) be denied and the Commissioner of Social Security's Motion for Summary Judgment (Dkt. 19) be granted. (Dkt. 20)

On March 12, 2026, Plaintiff filed her objections. (Dkt. 21). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 21) are

1 / 2

**OVERRULED**. The Court **ACCEPTS** Judge Ho's *Memorandum and Recommendations*

(Dkt. 20) and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1)     Judge Ho's *Memorandum and Recommendations* (Dkt. 20) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Motion (Dkt. 15) is **DENIED**;

(3)     the Commissioner of Social Security's Motion for Summary Judgment (Dkt. 19) is **GRANTED**; and

(4)     the Commissioner of Social Security's decision is **AFFIRMED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on March 26, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE